UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARED DUNN,

    Plaintiff,

v.                                  Case No.  3:14cv590/MCR/CJK

SHERIFF, ESCAMBIA COUNTY
SHERIFF DEPARTMENT, et al.,

    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 10, 2015 (doc. 14), pursuant to 28 U.S.C. § 636(b)(1), and after reviewing *de novo* any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the court.

    Accordingly, it is now ORDERED as follows:

    1.  The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

    2.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

    3.  All pending motions are DENIED as moot.

    4.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 12th day of March, 2015.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**